# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**HERMAN L. CRAWFORD,**

    **Plaintiff,**

v.                                                             Case No. 07-C-840

**JULIE SMITH, LISA KENYON,
ANTHONY FLORES, JULIA STARR,
JULIA STARK, and JOE HENGER,**

    **Defendants,**

## MEMORANDUM AND ORDER

Plaintiff Herman L. Crawford filed a request for extension of time on April 18, 2008, stating that he is unable to respond to the motion to dismiss filed on April 1, 2008 until after his release from custody scheduled for August 22, 2008 because he lacks access to certain relevant documents while he is incarcerated. I will grant plaintiff's request for good cause shown, and extend the deadline for plaintiff's response until after plaintiff's expected release date. Plaintiff is reminded that he must notify the court of his new address upon release.

Defendant Joe Henger filed a motion to compel discovery on July 15, 2008, stating that plaintiff has not complied with all discovery requests. As a motion to dismiss is pending, a scheduling order has not yet been issued in this case, and defendant Henger's motion is therefore denied as premature.

**THEREFORE, IT IS ORDERED** that plaintiff Crawford's request for an extension of time (Docket # 38) is **GRANTED**, and plaintiff's response to defendants' motion to dismiss (Docket # 32) shall be filed with the court on or before September 22, 2008.

**IT IS FURTHER ORDERED** that defendant Henger's motion to compel discovery (Docket # 39) is **DENIED** as premature.

Dated at Milwaukee, Wisconsin, this 25 day of August, 2008.

/s_____
LYNN ADELMAN
District Judge