UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

HERMAN L. CRAWFORD,

    Plaintiff,

v.                                          Case No. 07-C-840

JULIE SMITH, LISA KENYON,
ANTHONY FLORES, JULIA STARR,
JULIA STARK, and JOE HENGER

    Defendants,

## MEMORANDUM AND ORDER

A review of this file discloses that defendants Smith, Kenyon, Flores, Starr, and Stark filed a motion to dismiss on April 1, 2008. Court records indicate that copies of the motion and supporting brief were mailed to plaintiff on April 1, 2008. Under the applicable procedural rules, plaintiff's response to that motion should have been filed on or before May 1, 2008. However, I granted plaintiff's motion for an extension of time to respond, and permitted plaintiff to file his response on or before September 22, 2008.

Briefing schedules are set forth in Civil L.R. 7.1 (E.D. Wis.). Parties are expected to comply with the procedures and dates specified in the rule without involvement of the court.

Court records show that plaintiff did not file any response to defendants' motion, despite receiving a lengthy extension from the court. Plaintiff is hereby advised that if he fails to file a response to defendants' motion by January 6, 2009, I may dismiss this action with prejudice for lack of prosecution, pursuant to Civil Local Rule 41.3 (E.D. Wis.) (copy enclosed) and Federal Rule of Civil Procedure 41(b).

**IT IS THEREFORE ORDERED** that this case may be dismissed with prejudice for failure to prosecute, unless prior to **January 6, 2009**, plaintiff responds to defendants' motion to dismiss.

Dated at Milwaukee, Wisconsin, this 3 day of December, 2008.

/s_____
LYNN ADELMAN
District Judge